IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FLORENCE WATSON,           :
                           :
        Plaintiff,         :
                           :
    v.                     : Civil Action No. 04-382 JJF
                           :
BENEFICIAL DELAWARE, INC., :
                           :
        Defendant.         :

## O R D E R

WHEREAS, Defendant Beneficial Delaware, Inc. ("Beneficial") filed a Motion For Extension Of Time To Respond To Verified Complaint (D.I. 4) seeking a two-week extension of time to respond to the Complaint;

WHEREAS, Plaintiff Florence Watson did not file an opposition to Defendant's motion for an extension of time;

NOW THEREFORE, IT IS HEREBY ORDERED that the Motion For Extension Of Time To Respond To Verified Complaint (D.I. 4) is **GRANTED**.

April 7, 2005                    _____
    DATE                         UNITED STATES DISTRICT JUDGE