IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FLORENCE WATSON, Power of  :
Attorney for Dorothy Briscoe  :
(Deceased),  :
                           :
        Plaintiff,    :
                           :
   v.                   :  Civil Action No. 04-382 JJF
                           :
BENEFICIAL DELAWARE, INC.,  :
                           :
       Defendant.   :

**O R D E R**

At Wilmington, this ____ day of August 2005, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Defendant's Motion To Dismiss (D.I. 5) is **GRANTED**;

2. Plaintiff's Complaint is **DISMISSED** with prejudice.

August 22, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE