IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FLORENCE WATSON, Power of          :
Attorney for Dorothy Briscoe       :
(Deceased),                        :
                                   :
            Plaintiff,             :
                                   :
      v.                           :   Civil Action No. 04-382 JJF
                                   :
BENEFICIAL DELAWARE, INC.,         :
                                   :
            Defendant.             :

Florence Watson, Pro se Plaintiff.

Robert J. Katzenstein, Esquire and Joelle E. Polesky, Esquire of
SMITH, KATZENSTEIN & FURLOW LLP, Wilmington, Delaware.
Attorneys for Defendant.

MEMORANDUM OPINION

August 22, 2005
Wilmington, Delaware





Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

Florence Watson, Pro se
Florence Watson,
662 Commerce St.
Townsend, DE 19804

U.S.M.S. X-RAY

RTS RETURN TO SENDER

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
 - UNABLE TO FORWARD

A
C
S
☐ OTHER